Case 1:20-cv-04951-LGS   Document 6   Filed 07/20/20   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-04951-LGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Urnex Brands, LLC</u> was received by me on *(date)* <u>Jul 1, 2020, 11:11 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lynanne Gares, Litigation Management Services Leader Authorized to Accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Urnex Brands, LLC</u> on *(date)* <u>Wed, Jul 01 2020</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: July 2, 2020

*Server's signature*

Danielle Stevens, Process Server

*Printed name and title*

Guaranteed Subpoena Service , P.O. Box 2248 , Union, NJ 07083

*Server's address*

Additional information regarding attempted service, etc.:
Documents Served: Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; and Civil Cover Sheet

1) Successful Attempt: Jul 1, 2020, 1:58 pm EDT at Corporation Service Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares, Litigation Management Services Leader Authorized to Accept. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'6"; Hair: Brown;