UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
              :
PAMELA WILLIAMS,               :
              Plaintiff,    :
              :       20 Civ. 4951 (LGS)
      -against-             :
              :       ORDER
URNEX BRANDS, LLC,           :
              Defendant.  :
              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference is scheduled for August 27, 2020, 10:50 a.m.;

       WHEREAS, the Order, dated July 15, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 5). The parties failed to do so. It is hereby

       **ORDERED** that the parties shall file their joint materials as soon as possible and no later than **August 24, 2020, at 12:00 p.m**.

Dated: August 21, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**