UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
PAMELA WILLIAMS,          :
                    Plaintiff,  :
          :        20 Civ. 4951 (LGS)
       -against-          :
          :          <u>ORDER</u>
URNEX BRANDS, LLC,       :
                    Defendant.  :
          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference is scheduled for August 27, 2020, 10:50 a.m.;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan ("CMP"). It is hereby

    **ORDERED** that the August 27, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The CMP will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. Plaintiff shall file a pre-motion letter regarding its proposed motion for class certification pursuant to Individual Rule III.A.1. It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge, they shall file a <u>joint</u> letter requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances, and that the use of any alternative dispute resolution mechanism does not stay or modify any date in the CMP.

Dated: August 24, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**