# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Joseph Sanderson<br>To Call Writer Directly:<br>+1 212 446 4759<br>joseph.sanderson@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

September 15, 2020

**Via ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
Courtroom 1106
40 Centre Street
New York, New York  10007

      Re:    *Williams v. Urnex Brands, LLC*,
               No. 20 Civ. 4951 (LGS)
               **Notice of Settlement in Principle and**
               **Consent Letter Motion to Stay Deadlines**

Dear Judge Schofield:

      We represent Defendant Urnex Brands, LLC ("Urnex") in the above-captioned matter. We write to inform Your Honor that the parties have reached a settlement in principle. Accordingly, we respectfully request that this Court stay all deadlines in this matter so that the parties may finalize a definitive settlement agreement.

                                                           Respectfully submitted,

                                                           /s/ Joseph M. Sanderson

                                                           Joseph M. Sanderson

     cc:      All counsel of record, via ECF